UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY ᴛᴅ D.C.

05 OCT 31 PM 4:44

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SIGNATURE COMBS, INC., ET AL., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. 98-2777-D |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| SIGNATURE COMBS, INC., ET AL., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. 98-2968-D |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| SIGNATURE COMBS, INC., ET AL., ) | |
| ) | |
| Plaintiffs. ) | CIVIL ACTION NO. 00-2245-D |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER APPROVING FINAL DISBURSEMENT OF SPECIAL MASTER'S FEES FROM ESCROW AND RELEASING SETTLING PARTIES FROM ANY AND ALL OBLIGATION FOR SPECIAL MASTER'S FEES INCURRED IN THESE CONSOLIDATED ACTIONS**



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-2-05

1



Utilizing its equitable powers and case management authority under Rule 16 of the Federal Rules of Civil Procedure, this Court appointed William H. Hyatt, Jr. as Special Master to assist in the mediation of various claims by and between the parties. During the course of the litigation, the Special Master submitted various petitions and requests for fees, some of which were contested and opposed by various parties.

This cause came to be heard on September 27, 2005, upon motion of counsel for Pitney Hardin LLP ("Pitney Hardin"), the former law firm of the Special Master, William H. Hyatt, Jr., for permission to disburse funds previously paid by various of the parties for Special Master services and held in escrow by Pitney Hardin in the amount of $60,074.68 and to apply the same toward the alleged balance of outstanding fees relating to the Special Master's services. Pitney Hardin has represented to the Court that all claims for any and all outstanding fees are owned by Pitney Hardin.

All matters except the Special Master's pending fee applications have been adjudicated, settled or compromised. At the hearing, counsel for Pitney Hardin, and through its agency the Special Master, represented to the Court that he had entered into settlement with the following parties ("Initial Settling Parties"):

    Signature Combs, Inc. (f/k/a/ AMR Combs, Inc.)
    Agrico Chemical Company
    Bellsouth Telecommunications, Inc.
    Bluff City Buick Company, Inc.
    Burlington Northern Santa Fe Railway Co.
    Carrier Excavation and Foundation Co.
    Chevron U.S.A. Inc.
    Chuck Hutton Co.
    City of Memphis, Tennessee (A Municipal Corporation)
    The Coca-Cola Bottling Co. of Memphis, Tennessee
    E.I. DuPont De Nemours & Co., Inc.
    Exxon Corporation
    Georgia-Pacific Corporation
    The Goodyear Tire & Rubber Company

    Greyhound Lines, Inc.
    Haygood Group, Inc.
    The Hertz Corporation
    Hoehn Motors, Inc.
    Illinois Central Railroad Co.
    Kellogg Company
    Kimberly-Clark Corp.
    Kraft Foods, Inc.
    The Kroger Co.
    Memphis Area Transit Authority (A Public Transportation System And Transit Authority)
    Memphis Light, Gas and Water Division (MLGW)
    Navistar International Transportation Corp.
    Norfolk Southern Railway Co.
    Phillips Petroleum Co.
    Ryder Truck Rental, Inc.
    Sara Lee Corporation
    Schilling Lincoln-Mercury Inc.
    Sears, Roebuck & Company
    Shelby County Government
    Shell Oil Company
    St. Louis Southwestern Railway Company
    Texaco Inc.
    Texas Gas Transmission Corp.
    Trailmobile Corp.
    Tri-State Mack, Inc.
    Trunkline Gas Company
    Union Oil Company of California d/b/a Unocal
    Viad Corp.
    W.R. Grace & Co.
    White Rose, Inc.
    Yokohama Tire Corp.
    Deffenbaugh Industries, Inc.
    Industrial Service Corporation n/k/a Quality Analytical Services, Inc.
    Mid-Continent Fuel Company, Inc., a dissolved Minnesota corporation
    Mueller Copper Tube Products, Inc.
    -and-
    Waterways Marine of Memphis, Inc.

Under the terms of such settlement, the foregoing Initial Settling Parties agreed, among other things, (i) to release any interest each might have in the monies in escrow for Special Master services by Pitney Hardin, and (ii) to not object to the current motion of the Special Master through the agency of his former law firm for permission to

disburse to his former law firm funds in the amount of $60,074.68 from the escrow account and to apply the same toward the alleged balance of outstanding fees relating to the Special Master's services and owned by Pitney Hardin. In consideration therefor, among other things, the Special Master through the agency of his former law firm has agreed to move the Court to dismiss all outstanding petitions or requests for Special Master fees in the consolidated litigation and to release the Initial Settling Parties from any and all liability, claims, or demands whatsoever relating to the services of the Special Master in this consolidated litigation.

Subsequent to that hearing, counsel for Pitney Hardin reached settlement with the following parties ("Subsequent Settling Parties"):

> The City of West Memphis, Arkansas
> Colvert Chrysler-Plymouth, Inc.
> Continental General Tire, Inc.
> Dean Foods Products, Inc.
> Eaton Corporation
> Ferguson Harbour, Inc.
> Fineberg Packing Company
> Frito-Lay, Inc.
> Hawkins Machinery, Inc.
> Hunter Fan Company
> IBC Manufacturing Company
> Jim Keras Buick Company
> Lewis Ford, Inc.
> Lone Star Industries, Inc.
> The Mason Dixon Lines, Inc.
> Mobil Oil Corporation
> Oakley-Kessee Ford, Inc.
> Pat Patterson Motor Sales, Inc.
> Scruggs Equipment Company, Inc.
> Shannon Brothers Enterprises, Inc.
> Shelby Electric Company
> The Southern Company, Inc.
> Safety Kleen Systems, Inc.
> Super Service Motor Freight Company, Inc.
> Tate Logistics, Inc., f/k/a Merchants Trucking Company
> Turner Dairies, Inc.

        Whittington Trucks, Inc.
        Wooten Oil Company
        Wooten Truck & Tractor Company
        -and-
        The Yellow Cab Company

Under the terms of such settlement, the foregoing Subsequent Settling Parties agreed, among other things, (i) to release any interest each might have in the monies in escrow for Special Master services by Pitney Hardin, and (ii) to not object to the current motion of the Special Master through the agency of his former law firm for permission to disburse to his former law firm funds in the amount of $60,074.68 from the escrow account and to apply the same toward the alleged balance of outstanding fees relating to the Special Master's services and owned by Pitney Hardin, or counsel for Pitney Hardin has concluded that certain among the Subsequent Settling Parties (1) had already paid court-ordered assessments in full, or (2) were not required to pay court ordered assessments due to dismissal from the litigation prior to the subject mediation, or (3) were unable to pay court ordered assessments due to insolvency or bankruptcy. In consideration therefor, among other things, the Special Master through the agency of his former law firm has agreed to move the Court to dismiss all outstanding petitions or requests for Special Master fees in the consolidated litigation and to release both the Initial and Subsequent Settling Parties from any and all liability, claims, or demands whatsoever relating to the services of the Special Master in this consolidated litigation.

For good cause shown, the Court hereby GRANTS the instant motion and ORDERS that all outstanding petitions or requests for Special Master fees in this consolidated litigation are hereby RESOLVED as against the Initial Settling Parties and the Subsequent Settling Parties, and the above-listed Initial Settling Parties and

5

Subsequent Settling Parties are hereby RELEASED from any and all liability, claims or demands whatsoever relating to the services of the Special Master in this consolidated litigation, and there being no further case nor controversy remaining for adjudication in this consolidated litigation, all of the above-captioned cases comprising this consolidated litigation are hereby dismissed with legal prejudice.

IT IS SO ORDERED this the 31st day of October.

_____
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 657 in case 2:98-CV-02777 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

William E. Norcross
NORCROSS LAW FIRM
890 Willow Tree Circle
Ste. 8
Cordova, TN 38018

Clyde W. Keenan
KEENAN DABBOUS & WEISS
2693 Union Ave. Ext.
Ste. 201
Memphis, TN 38112

Allen T. Malone
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Michael F. Rafferty
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Kindra L. Gromelski
EXXON MOBIL LAW DEPARTMENT
3225 Gallows Road
Room 3D1512
Fairfax, VA 22037

David C. Peeples
WEST MEMPHIS CITY ATTORNEY
P.O. Box 1728
West Memphis, AR 72303

Charlotte Knight Griffin
MEMPHIS LIGHT GAS & WATER
220 S. Main Street
Memphis, TN 38103

Mark E. Johnson
STINSON MORRISON HECKER LLP- Kansas City
1201 Walnut
Kansas City, MO 64106--215

Henry T.V. Miller
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Edward D. Lamar
HENDERSON DANTONE
P.O. Box 778
Greenville, MS 38702--077

Scott D. Blackhurst
TRW AUTOMOTIVE INC.
24175 Research Dr.
Farmington Hills, MI 48335

Hawkins Machinery
2583 Rosenhaven
Germantown, TN 38138

Mark A. Zuschek
ExxonMobil Law Deparatment
3225 Gallows Road, 3D1512
Fairfax, VA 22037

Dara G. Paglinawan
ExxonMobil Law Deparatment
3225 Gallows Road, 3D1512
Fairfax, VA 22037

Heidi Beth Goldstein
THOMPSON HINE & FLORY LLP
127 Public Square
Cleveland, OH 44114

Michael R. Dillon
MORGAN LEWIS & BOCKIUS
1701 Market St.
Philadelphia, PA 19103

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jef Feibelman  
BURCH PORTER & JOHNSON  
130 N. Court Avenue  
Memphis, TN 38103  

Gary P. Gengel  
MORGAN LEWIS & BOCKIUS  
502 Carnegie Center  
Princeton, NJ 08540  

George W. House  
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD  
P.O. Box 26000  
Greensboro, NC 27402  

Nicholas E. Bragorgos  
MCNABB BRAGORGOS & BURGESS, PLLC  
81 Monroe Ave.  
Sixth Floor  
Memphis, TN 38103--540  

William Lewis Penny  
WYATT TARRANT & COMBS  
2525 West End Ave.  
Ste. 1500  
Nashville, TN 37203  

Robert J. King  
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD  
P.O. Box 26000  
Greensboro, NC 27402  

Brian D. Williams  
STINSON MORRISON HECKER LLP- Kansas City  
1201 Walnut  
Kansas City, MO 64106--215  

Steven R. Welch  
MCAFEE & TAFT  
211 N. Robinson  
Tenth Floor  
Oklahoma City, OK 73102  

Jason B. Hutt  
BRACEWELL & PATTERSON, LLP  
2000 K. Street, NW  
Ste. 500  
Washington, DC 20006

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Luis M. Nido
BRACEWELL & PATTERSON, LLP
2000 K. Street, NW
Ste. 500
Washington, DC 20006

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT